**Ronnie BARR, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41890.**

Missouri Court of Appeals,
Western District.

Feb. 27, 1990.

Willis L. Toney, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before NUGENT, C.J., and SHANGLER and FENNER, JJ.

### ORDER

PER CURIAM:

Appeal from denial of Rule 29.15 motion for post-conviction relief after an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).